FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK ORCHARD, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>BOISE CASCADE COMPANY, a Delaware corporation,<br>Defendant. | No. 2:25-CV-00337-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice, ECF No. 27. The parties stipulate and request the Court dismiss this matter without prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal Without Prejudice, ECF No. 27, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED without prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 4th day of November 2026.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Stan Bastian

Stan Bastian
Chief United States District Judge